ROB BONTA, State Bar No. 202668
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
MATTHEW ROSS WILSON, State Bar No. 236309
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550
 Telephone:  (916) 210-7313
 Facsimile:  (916) 324-5205
 E-mail: Matthew.Wilson@doj.ca.gov
*Attorneys for Defendants Elston,
Betinis, Smith, and Agredano*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MONRELL D. MURPHY**,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**C. ELSTON, et al.**,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:19-cv-2632 KJM AC P<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT SMITH (Fed. R. Civ. P. 41(a)(1)(A)(ii)); [PROPOSED] ORDER** |

　　　Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Monrell D. Murphy and Defendants stipulate to the dismissal with prejudice of Defendant Smith from this action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Plaintiff and Defendant Smith shall bear their own litigation costs and attorney's fees.

It is so stipulated.

Dated: 11/22/2021  /s/ *Monrell D. Murphy*
MONRELL D. MURPHY
Plaintiff

Dated: 12/10/2021  /s/ *Matthew Ross Wilson*
Matthew Ross Wilson
Deputy Attorney General
California Attorney General's Office
Attorneys for Defendants Elston, Betinis, Smith, and Agredano

SA2021303001
35671113.docx

## ORDER

Based on the parties' stipulation, Defendant Smith is dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 10, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

Stip. Voluntary Dismissal of Def. Smith With Prejudice; [Proposed] Order (2:19-cv-02632 KJM AC (PC))