ROB BONTA, State Bar No. 202668
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
MATTHEW ROSS WILSON, State Bar No. 236309
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550
 Telephone:  (916) 210-7313
 Facsimile:  (916) 324-5205
 E-mail: Matthew.Wilson@doj.ca.gov
*Attorneys for Defendants Elston,
Betinis, and Agredano*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MONRELL D. MURPHY**,<br><br>Plaintiff,<br><br>v.<br><br>**C. ELSTON, et al.**,<br><br>Defendants. | Case No. 2:19-cv-2632 KJM AC P<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)); [PROPOSED] ORDER** |

Plaintiff Monrell D. Murphy and Defendants Agredano, Elston, and Betinis, have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

/ / /

/ / /

1

Stip. Voluntary Dismissal With Prejudice; [Proposed] Order (2:19-cv-02632 KJM AC (PC))

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 11/22/2021            /s/ Monrell D. Murphy
                             MONRELL D. MURPHY
                             Plaintiff

Dated: 12/10/2021            /s/ Matthew Ross Wilson
                             Matthew Ross Wilson
                             Deputy Attorney General
                             California Attorney General's Office
                             Attorneys for Defendants Agredano, Elston, and Betinis

SA2021303001
35671108.docx

## ORDER

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 13, 2021

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

Stip. Voluntary Dismissal With Prejudice; [Proposed] Order (2:19-cv-02632 KJM AC (PC))